# UNITED STATES DISTRICT COURT

District of Alaska

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH & SEIZURE WARRANT

Priority Mail parcel 9405 5096 9993 9266 0773 20, addressed to " Nik Peterson, 1709 H.p.r #21, Sitka AK 999835" from "Mariana Garcia, 156 6th St., Watsonville, CA 95076"

Case Number: 1:13-mj-00017-LCL

| TO: | ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) | or any Authorized Officer of the United States |
|---|---|---|

Affidavit(s) having been made before me by Brett A. WIllyerd (Affiant) who has reason to believe that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at Mendenhall Post Office, 9491 Vintage Blvd, Juneau, AK 99801.

in the District of Alaska there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, heroin, and/or proceeds from sale of controlled substances in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before October 6, 2013
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

as required by law.

U.S. Magistrate Judge (Rule 41 (f)(4))

at Anchorage, AK

Date and Time Issued 9·26·13 2:15 pm

Leslie Longenbach / U.S. Magistrate Judge
Name and Title of Judge

Signature Redacted
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 1:13-mj-00017-LCL |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 9-26-2013 | 9-26-2013 3:38 pm | United States Postal Service | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| Sgt. Chris Russell (Alaska State Troopers) | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No items taken pursuant to the warrant

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted

Brett Willyerd — USPIS

Subscribed, sworn to, and returned before me this date.

Signature Redacted

Signature of Judge     Date: September 27, 2013